HENRY W. CRANE, PLAINTIFF-RESPONDENT, v. MARY BIELSKI, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 27 *N. J. Super.* 448.

*Mr. Emanuel M. Ehrenkranz* for the petitioners.

*Messrs. Kein & Scotch* for the respondent.

January 11, 1954.   Granted.